SEALED

**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorney for Defendant Brian Vanderburgh*

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 24 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN VANDERBURGH,

Defendant.

Case No. 2:16-cr-00228-JAD-GWF

**STIPULATION TO CONTINUE INITIAL APPEARANCE, ARRAIGMENT AND PLEA**
**(Third Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn Newman, Assistant United States Attorney, counsel for the United Stated of America, and Peter S. Christiansen, Esq. and Kendelee L. Works, Esq., counsel for BRIAN VANDERBURGH, that the Initial Appearance, Arraignment and Plea Hearing currently scheduled for Wednesday, August 24, 2016, be vacated and continued to a date and time convenient to the Court, preferably September 7, 2016 at 3:00 PM.

This Stipulation is entered into for the following reasons:

1.    Defendant is not incarcerated and does not object to the continuance.

2.    The Parties agree to the continuance. The additional time requested herein is not sought for purposes of delay, but to accommodate the schedules and respective interests of the Parties.

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard
Las Vegas, Nevada 89101
702-240-7979 • Fax 702-240-3939

This is the third request to continue the Initial Appearance, Arraignment and Plea.

DATED this 24th day of August, 2016.

CHRISTIANSEN LAW OFFICES

By /s/ Kendelee L. Works
KENDELEE L. WORKS, ESQ.
Counsel for Defendant

DANIEL G. BOGDEN
United States Attorney

By /s/ Kathryn Newman
Kathryn Newman
Assistant United States Attorney

## ORDER

IT IS THEREFORE ORDERED that the hearing on Defendant's Initial Appearance, Arraignment and Plea, scheduled for August 24th, 2016, at the hour of 3:00 p.m. be vacated and continued to the 7th day of September, 2016, at the hour of 3:00 PM.

DATED AND DONE this 24th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 702-240-3939

2