February 27, 2017

Honorable Jennifer Dorsey
Lloyd D. George US District Courthouse
US District Court
District of Nevada—Las Vegas
333 Las Vegas Blvd, South
Las Vegas, NV. 89101



RE: US Government vs. Brian Vanderburgh

Dear Judge Dorsey:

I am writing regarding the case against Brian Vanderburgh. I am not sure if you are aware or not, but my ex-husband, Brian, has been harassed by Mr. Bill Huntress who has brought this case to the federal level. I want to make you aware that not only has my ex-husband, Brian Vanderburgh been harassed, but I have also endured the endless harassment from Mr. Huntress. I am in fear of my safety and the safety of my family. The cards, vulgar and threatening texts, as well as "flowers" left at my gate have scared me and I have been informed there is nothing I can do about any of this. It has been so bizarre and weird that I have been fearful for my daughter as well. She was all set to attend UNLV this fall 2016, when I decided for her safety, with everything going on, it was in her best interest and safety for her to attend UNR and get her away from Las Vegas. Since Mr. Huntress is well aware of where I live, I did not want her to continue to experience any of the harassment that I have. I have witnessed Mr. Huntress' temper and political connections first hand. I have seen and heard him yell and threaten my ex-husband several times. My deceased ex-husband and Brian Vanderburgh were also asked by Mr. Huntress several years ago to destroy protected wet lands in Buffalo, NY, to which they both refused his request and they angered him. My deceased ex-husband immediately terminated his employment with Acquest Development because of this.

I am in fear of my safety and my daughter's. I want to know what the court is going to do to ensure my safety once this case is over? As indicated by Mr. Vanderburgh's attorney, the US government's agents found this laughable and did not take the harassment Mr. Vanderburgh has endured seriously. I have seen Mr. Huntress' temper and erratic behavior. Since my ex-husband, Brian, is now living in my home due to exhausting all his funds on attorney fees, and has had his reputation destroyed by Mr. Huntress calling any potential employers he works for, I want to know how MY safety, that has nothing to do with Mr. Huntress will be ensured? Who will make sure the harassment stops? Who will make the random calls that constantly call my cell phone stop? Who is going to make sure I don't have anyone coming to my house to leave "flowers" or other various weird gifts? I do not even dare tutor at my own home for safety of myself or my students. I do not want any further contact from Mr. Huntress and want to ensure my family is kept safe once this case is over. In the past, I have seen him instigate others and witnessed his tenacity to bully and bother others to no avail or consequence. Mr. Huntress frequently visits Las Vegas for gambling purposes.

It is with utmost respect that I prayerfully request your help to somehow help these behaviors cease. I have installed cameras and alarms on my home because I live in fear. I do not want to feel unsafe anymore because of this man. Whether Mr. Vanderburgh resides in my home or elsewhere, I would like to know that my daughter can return to my home and we can feel safe once again.

Should you have any questions, please contact me at my cell at 702-595-1475, or at my workplace at Faith Lutheran Academy, 702-921-2777.

Blessings,

*Cathy E. Lindblad*

Cathy E. Lindblad

